KENT P. LEEDS, Respondent, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Respondent, and KARL A. KATZENSTEIN, Appellant.

Argued April 21, 1948; decided May 21, 1948.

*Thomas L. McGannon* and *Thomas J. Blake* for appellant.

*James L. Morrison, Attorney, Department of Justice, David L. Bazelon, Assistant Attorney General, John F. X. McGohey, United States Attorney,* and *Max Isenbergh, Special Assistant to the Attorney General,* for United States of America, *amicus curiæ,* in support of appellant's position.

*Henry I. Fillman* and *Otto C. Sommerich* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.